975 A.2d 1082

**In the Interest of F.C., III, a minor,**

**Petition of F.C., III.**

Supreme Court of Pennsylvania.

July 13, 2009.

## *ORDER*

**AND NOW,** this 13th day of July, 2009, the Petition for Allowance of Appeal is **GRANTED** with respect to the following issue, rephrased for clarity:

Whether 71 P.S. § 1690.112a ("Act 53") violates due process protections provided by the Fourteenth Amendment to the United States Constitution or Article I, Section 1 of the Pennsylvania Constitution?

Petitioner's Notice Pursuant to Pa.R.A.P.1926 to Settle and Conform the Content of the Record for the Appellate Court is **DENIED** without prejudice to the right of any interested party to petition to supplement or correct the record.